**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INKIND CARDS, INC. ET AL,**

**Appellants,**

**v.** **Case No: 6:26-cv-01895-PGB**

**BRAVO BRIO RESAURANTS, LLC ET AL,**

**Appellees.**
___________________________/

**ORDER**

This cause is before the Court on the parties' Stipulation of Dismissal of Appeal, filed September 20, 2026. (Doc. 3). Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), this filing was self-executing. Appellants' claims against Appellees Bravo Brio Restaurants, LLC, Bravo (Louisville), LLC, Brio (Cherry Hill), LLC, Brio (Irvine), LLC, and Brio (Texas), LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 21, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties